**Areya Holder Aurzada**
**State Bar No. 24002303**
**CHAPTER 7 TRUSTEE**
**P.O. Box 2105**
**Addison, Texas 75001-2105**
**Telephone: (972) 438-8800**
**Email: areya@holderlawpc.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| C.T. Biomedical Supply, Inc. | § | CASE NO: 20-31582-MVL |
| | § | |
| | § | |
| | § | |

## TRUSTEE'S NOTICE OF UNCLAIMED FUNDS

You are hereby notified that the Trustee has placed the claim below into the Court's registry as unclaimed funds.

Claim No.[1]          Chase Bank                          $40,707.77
                      1000 South Belt Line Road
                      Coppell, TX 75019


                                        Respectfully submitted,


                                        By: /s/ Areya Holder Aurzada
                                           Areya Holder Aurzada
                                           State Bar No. 24002303
                                           CHAPTER 7 TRUSTEE
                                           P.O. Box 2105
                                           Addison, TX 75001-2105
                                           Telephone: (972)438-8800
                                           Email: areya@holderlawpc.com

---

[1] Chase did not file a proof of claim in the bankruptcy case but was a scheduled claimant in the Debtor's bankruptcy schedules. Chase has an allowed claim in the bankruptcy case pursuant to an Order entered on May 3, 2021 at docket entry number 19.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on March

12, 2024, upon all parties receiving electronic notice and Chase Bank at the address listed below:

Chase Bank
1000 South Belt Line Road
Coppell, TX 75019


By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada